AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA O'Donnell ) USAO CW No. 26-131

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>JEFFREY WING<br>*Defendant(s)* | Case No. 26-mj-1725 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 7, 2026 in the county of Chester in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2252(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Thomas Marchesani
*Complainant's signature*

Thomas Marchesani, HSI Special Agent
*Printed name and title*

Sworn to before me and signed by telephone.

Date: 9/2/2026

/s/ Jose R. Arteaga, USMJ
*Judge's signature*

City and state: Philadelphia, Pennsylvania

HONORABLE HONORABLE JOSÉ R. ARTEAGA, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

I, Thomas A. Marchesani, a Special Agent with Homeland Security Investigations, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement (ICE), Homeland Security Investigations ("HSI"), assigned to the Special Agent in Charge in Philadelphia, Pennsylvania and have been so employed since September of 2025. Prior to that, I was a law enforcement officer in the Commonwealth of Pennsylvania from July 2020 to September 2025 and the State of Delaware from December 2016 to July 2020. During my tenure as a police officer, I investigated over a hundred cases and have participated in dozens of search warrants. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to, among other offenses, the illegal distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252(a), and 2252A. I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of dozens of search warrants, several of which involved child exploitation and/or child pornography offenses. I have completed and received training at the Federal Law Enforcement Training Center, which includes training specific to child exploitation and child pornography offenses. I am a federal law enforcement officer under applicable provisions of the United States Code and under Rule 41(a) of the Federal Rules of Criminal Procedure.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I am also assisted in this investigation by Special Agent Thad Baxter, who has been a Special Agent with HSI since 2007, and was employed as a law enforcement officer in the state of Vermont from 2000 until 2007. Special Agent Baxter has extensive experience investigating child exploitation and child pornography crimes.

4. This affidavit is made in support of a criminal complaint charging **JEFFREY WING**, date of birth August, xx, 1967, with receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2), on or about May 7, 2026 (Count One).

5. The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that JEFFREY WING received child pornography on or about May 7, 2026, in violation of Title 18 U.S.C. § 2252(a)(2).

**FACT SUPPORTING PROBABLE CAUSE**

6. Between May and August 2025, the National Crime Agency (NCA), United Kingdom, identified that the user of the online identity 'poopscoopqwe' commissioned the live-streamed sexual abuse and torture of children. The investigation revealed that 'poopscoopqwe' made payments to the online user 'Lucyodeyo2' in exchange for child pornography, hereinafter referred to as child sexual abuse material (CSAM). The user 'poopscoopqwe' was linked to a U.S.-registered phone number, 0016107422216, later determined to be registered to JEFFREY

WING. 'Lucyodeyo2' was associated with a Kenya-registered phone number, 00254790618255, and the email address Salphineawino@gmail.com.

7. Between May and August 2025, investigative efforts by the Department of Homeland Security Cyber Crimes Center (C3) and the Child Exploitation Investigative Unit (CEIU)[1] focused on the online identity ‘poopscoopqwe,' who was linked to the commissioning of live-streamed child sexual abuse and torture. Open-Source Intelligence[2] (OSINT) searches revealed that ‘poopscoopqwe' was associated with U.S.-registered phone number +1 610-742-2216. This phone number was connected to multiple online platforms, including Cash App (registered as Jeffrey Wing, username jrickman2023), Facebook, WhatsApp, and TrueCaller, with activity traced to Norristown, Pennsylvania.

8. A review of U.S. government and open-source information confirmed that the phone number 610-742-2216 is operated by JEFFREY WING.

9. Legal process served to PayPal on January 22, 2026, resulted in the identification of multiple PayPal accounts associated with WING, as well as affiliated email addresses and mobile phones. Several PayPal accounts associated with Wing were flagged for suspected illicit transactions, including those linked to the email addresses rickle2024@outlook.com, payforit1968@outlook.com, and pinnaylover@outlook.com.

---

[1] The Child Exploitation Investigative Unit (CEIU) is a unit under the umbrella of C3. C3/CEIU is a centralized DHS component which receives leads from around the country and world and then forwards actionable intelligence to the field.

[2] OSINT (Open-Source Intelligence is the collection, evaluation and analysis of information that is legally and publicly available – such as government records, news reports, public websites, social media, and other open sources, to develop reliable intelligence or investigative leads).

10. WING also operated Venmo accounts, one of which was restricted due to risk concerns. Another Venmo account operated by WING was associated with the email sugardaddylooking@proton.me.

11. Analysis of WING's financial activities revealed numerous payments (Paypal and Venmo) to individuals in Colombia, India, Kenya, the Philippines, Venezuela, Vietnam, Canada, the United Kingdom, and the United States. Notably, between May 2023 and January 2026, WING made or attempted 85 transactions totaling approximately $3,539 U.S. dollars to 38 individuals in the Philippines, a pattern consistent with purchasing live-streamed child sexual abuse. WING also made payments to Epoch, a third-party processor specializing in sex websites, including Asian Web Cam sites known for facilitating illicit sex shows with children.

12. On July 8, 2026, SA Baxter requested basic subscriber information on several email accounts believed to be associated with Jeffrey WING to Mega.nz. Mega (a/k/a Mega NZ) is an encrypted, cloud-based storage and file hosting service offered by Mega Limited, a company based in Auckland, New Zealand. The service is offered primarily through web-based apps. Included in the email list were two emails; jeffwing1967@gmail.com and sugardaddylooking@proton.me.

13. On July 8, 2026, Mega.nz responded to SA Baxter with BSI for the above-named emails. Mega.nz reported that the email Jeffwing1967@gmail.com was associated with a user first name “Jeff” and last name “Wing,” with an address known to law enforcement to be WING’s residence from on or about June 2017 to on or about May 2026. The account linked to the JeffWing1967@gmail.com was suspended in early June 2026. A new Mega account depicting the email sugardaddylooking@proton.me was established shortly thereafter on or about

June 28, 2026. This was a "Pro 1" paid account[3]. Mega.nz reported that the email sugardaddylooking@proton.me with a user first name Kithsv and last name Ahdud, however the payment information for the Pro 1 paid account information was registered to Jeffrey Wing at an address known to law enforcement to be Wing's current residence.

14. On July 21, 2026, HSI Philadelphia SAs Baxter and Marchesani, working in conjunction with HSI agent Lindsly who is currently assigned to The Hague, determined that the Mega account with email address jeffwing1967@gmail.com was created on March 15, 2026, was a premium paid account (i.e., increased storage capacity), and was suspended by Mega due to the detection of suspected child sex abuse material contained in the account. The account contained approximately 6,949 files, which amounted to approximately 44 gigabytes of data. A review of payment data reflected the following:

Name: Jeff Wing

Address: Address known to law enforcement to be WING's residence from on or about June 2017 to on or about May 2026 (omitted from this public filing).

15. The investigative team observed that the account was accessed multiple times between March 15, 2026, and June 7, 2026, and that the account was suspended on June 9, 2026, after receiving a warning from Mega for the account containing suspected child sex abuse material. The account was accessed from multiple digital devices including an Android device

[3] Mega.Nz has several different cloud storage plans. The free account generally allows the user to have 50 gigabytes (GB) of data at no cost to the user. The Mega Pro Lite is the entry-level paid Mega plan and generally gives the user approximately 400 GB of cloud storage and up to 1 Terabyte (TB) of monthly transfer quota. The Pro I storage plan allows for 2TB of storage and 2 TB of Transfer allowance.

using the Mega application and an Apple iPhone using an internet browser. The account was identified to contain suspected CSAM from various "Trace and Strikes" involving several Mega link Handles.[4]

16. Pursuant to a request to Mega, the investigative team obtained the full link for the identifiedhandles. (Due to the ongoing nature of this investigation, and to prevent the potential dissemination of CSAM, the handles, their links and decryption keys are omitted from this affidavit. The handle and decryption code together could give access to CSAM if the link was not properly suspended by Mega. The links and full decryption codes are known to this affiant).

17. The investigative team navigated to the above Mega links and observed that every link contained prepubescent child sex abuse material. The contents of Mega link Handle JUFTkC6a contained primarily prepubescent child sex abuse material and had a total of 80 files, most of which were videos.

18. Mega provided HSI with an accounting of each file that was detected in the

[4] When a file is uploaded onto the Mega platform, Mega assigns every file a unique name called a "Handle." The "Handle" is similar to that of a digital fingerprint in that it uniquely identifies every file on the Mega platform. This also allows Mega to then trace the file as it is transferred between accounts by the use of links. Mega keeps a large amount of data for each file, including when the file is first observed on the platform, when the file was imported to different accounts, and if the files are still present in each account that imported the file. For example, if a user loads a file onto the Mega platform and then shares it with five other accounts, Mega can specifically identify which accounts imported the file, when the file was imported, and whether the file is still contained in the account. If the file was removed from the account, Mega can also provide an exact date and time when the file was deleted by the user. If Mega detects that imported files contain child sex abuse material, they proactively search out and remove the files and/or ban the accounts that imported the files. This procedure is generally called a "Trace and Strike" and is reflected in the basic subscriber information notes on the subscriber details for each account if it has occurred.

Mega account jeffwing1967@gmail.com from the Mega link Handle ending in C6a. The investigative team observed the following:

a. The files are visible as thumbnail images allowing the user to preview what the file depicts.

b. The Mega account jeffwing1967@gmail.com had imported 58 of the 80 files that were originally from Mega link Handle ending in C6a on May 7, 2026, at 22:09 UTC.

c. The Mega account jeffwing1967@gmail.com had deleted / removed 43 of the 58 above files between May 8 – 11, 2026.

d. The Mega account jeffwing1967@gmail.com retained 15 of the 58 above files and had them in the account until the account was finally suspended by Mega on June 9, 2026.

19. SA Lindsly reviewed the above files and determined that some of them met the federal definition of CSAM. Specifically, the following files depicted prepubescent girls engaged in sexually explicit conduct with adult men:

| FILE HANDLE | Import UTC Time | Status of Files in Account | Name |
|---|---|---|---|
| kR1yHSYL | 5/7/2026 22:09 | Retained[5] | 2.mp4 |
| 1EkyAA4R | 5/7/2026 22:09 | Retained | 13.mp4 |
| 9U1kAYhA | 5/7/2026 22:09 | Retained | 60.mp4 |
| 0QtmDCTJ | 5/7/2026 22:09 | Retained | 61.mp4 |

[5] SA Lindley verified that WING's Mega account still has the files described in the table, therefore the term "Retained" was used in this chart for sake of simplicity.

20. SA Lindsly provided the above 15 files, the full contents of Mega link Handle ending in C6a, and supporting records provided by Mega to SA Baxter for further review.

21. SA Baxter reviewed the files given over by SA Lindsley. A sampling of the videos and their descriptions are as follows:

a. File Handle ending in A4R with Name “13.mp4” – A video, approximately 1:00 minute in length, depicts a prepubescent female who appears to be 3 – 4 years of age, naked in a bathtub in between the legs of an adult male subject. The male has his legs opened up with his penis exposed towards the child. The child has both of her hands wrapped around his naked penis and masturbates the male subject. The male subject ultimately ejaculates as the girl jumps back in surprise.

b. File Handle ending in YhA with Name “60.mp4” – A video, approximately 1:14 minutes in length, depicts a prepubescent female who appears to be 7 - 9 years of age kneeling naked on a bed in between the legs of a naked adult male. The male subject is laying on his back while holding on to his erect penis and pointing it towards minor female. The minor female ultimately brings her mouth down to the penis as the subject has her perform oral sex on him.

c. File Handle ending in CTJ with Name “61.mp4” – A video, approximately 13:22 minutes in length, depicts a prepubescent female who appears to be 10 – 12 years of age, in a shower while naked. She appears to be only wearing flip flops with black colored straps. She has long dark hair. A male subject enters the shower and begins to kiss the minor female on the mouth and place his hands in the area of her genitals and anus. The video progresses to a point where the adult male subject begins to have penetrative sex with minor

while holding her up off of the floor. The shower sexual act continues for over 6 minutes until the video turns to a new sex act on a bed. This time, the same minor female is laying naked on her back while the male subject holds the girl's legs up to her chest. The male subject then penetrates the anus of the minor with his erect penis and performs anal sex on her. This sex act occurs for approximately 2-3 minutes with the male subject wearing a condom and then removing it and continuing on with the sex act. The video then turns into another sex act with the same male and minor female where he again has anal sex with the female. This time the male subject has a white colored t-shirt that he has raised over his head and resting on the back of his neck (arms are still in the arm holes).

22. On September 1, 2026, federal search warrant 26-MJ-1619 was authorized by United States Magistrate Judge José R. Arteaga, for WING's residence in Honey Brook, Pennsylvania and the person of Jeffrey WING.

23. On September 2, 2026, HSI agents and other law enforcement officers executed the search warrant. Prior to execution of the search warrant, WING left his residence in his registered vehicle. WING drove to Malvern, Pennsylvania, stopping at a McDonald's restaurant. WING then drove to his place of employment, also located in Malvern, Pennsylvania. Agents followed WING the entire time and never lost visual contact with WING. After WING arrived at his place of employment and exited his vehicle, SA Marchesani and Baxter approached WING. Agents explained that they were in possession of the above-mentioned search warrant. After executing the search warrant for WING's person, agents recovered WING's cellular phone from his person and a laptop from the backpack WING was carrying. Initially, WING agreed to speak with agents. WING was provided with his *Miranda* rights and signed documentation noting that

he understood his rights. During the interview, agents asked WING if he WING ever owned/utilized the email address Jeffwing1967@gmail.com. WING stated that Jeffwing1967@gmail.com is his email address and he has had it for a long time. Agents inquired whether anyone else had access to the email account. WING stated that his wife may have had access, but that he has received emails from google multiple times due to the password being compromised.

24. WING agreed to allow agents to transport WING back to WING's residence. The interview continued. When SA Baxter inquired about WING's Mega Account, WING admitted that he purchased the pro plan (extended storage) via Mega. However, WING neither confirmed nor denied that he possessed a Mega account. When agents inquired about how WING purchased the extended storage for Mega, WING stated that he stated he would need to speak to an attorney about that question. The interview was then terminated.

25. HSI seized approximately 11 electronic devices, including the defendant's cellular phone mentioned above. A manual review of the cellular phone computer forensic analysts revealed an email sent to jeffwing1967@gmail.com from Mega on May 7, 2026. The subject of the email is "MEGA final warning – objectionable content." The email explains that the account was found to contain copies of files that were reported to being objectionable under New Zealand law, stating, "In particular, this relates to depictions of sexual conduct with or by children or young person…which is an offense carrying potentially lengthy prison sentences in our and your jurisdiction."

## CONCLUSION

15. Based on the above facts and circumstances I submit that probable cause exists to charge Jeffrey WING with receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2).

16. Therefore, I respectfully request that the attached form of criminal complaint be issued with respect to Jeffrey WING.

*/s/ Thomas A. Marchesani*
Thomas A. Marchesani
HSI Special Agent

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone this 2nd day of September 2026.

/s/ Jose R. Arteaga, USMJ
HONORABLE JOSÉ R. ARTEAGA
United States Magistrate Judge

## ATACHMENT A

**Count One – Receipt of child pornography, 18 U.S.C. § 2252(a)(2)**

On or about May 7, 2026, in the Eastern District of Pennsylvania, defendant JEFFREY WING knowingly received a visual depiction using any means and facility of interstate and foreign commerce, that is, the Internet, and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.